## COBIAN *v.* RIVERA.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 28.—Resuelto en Diciembre 24, 1904.

DESAHUCIO.—Decretado en un juicio de desahucio, el lanzamiento del demandado de una finca rústica del demandante, debe aquél evacuar y ser lanzado de toda la porción de terreno comprendida dentro del perímetro fijado por el Tribunal al establecer las colindancias en la descripción de la finca objeto del desahucio.

ID.—CUMPLIMIENTO DE LA SENTENCIA.—La mayor ó menor cabida que pueda haber bajo las colindancias de la finca objeto del desahucio, tal cual la hubiere expresado el Tribunal, no es materia que pueda esclarecerse y definirse en las diligencias de cumplimiento de la sentencia, debiendo ventilarse en otra clase de juicio.

SENTENCIAS.—Las sentencias dictadas en un juicio no pueden afectar á aquellos que no hubieren sido oidos y vencidos en el mismo, los que deben solicitar el amparo de sus derechos ante quien y como corresponda.

APELACIÓN—CUMPLIMIENTO DE SENTENCIA.—El recurso de apelación procede contra las resoluciones dictadas por las Cortes inferiores en diligencias sobre cumplimiento de sentencia, en los casos en que por tales resoluciones se hubiere provisto en contradicción con lo ejecutoriado.

### EXPOSICIÓN DEL CASO.

En el juicio seguido ante el Tribunal de Distrito de San Juan por Don Rafael Cobian y Romeu, abogado, propietario y vecino de Bayamón, contra Don Macario Rivera y Morales. vecino de Naranjito, sobre desahucio de una finca rústica, y en las diligencias de cumplimiento de la sentencia recaida en dicho juicio, pendientes ante Nos, á virtud de recurso de apelación interpuesto por Cobian Romeu bajo su propia representación y dirección, habiendo llevado la representación de la parte recurrida el Letrado Don Manuel F. Rossy.

*Resultando:* que con fecha 17 de Noviembre de 1901 Don Rafael Cobian y Romeu solicitó del Juzgado Municipal del pueblo de Naranjito fuera requerido Don Macario Rivera para que en el término de un mes desalojara una finca rústica de la propiedad de Cobian, sita en el barrio de Cedro-

abajo de la jurisdicción de dicho pueblo, con cabida de 129 y media cuerdas, lindante por el Este con Don Isaac Morales, por el Norte con Don Bernabé Berrios y Don Raimundo Morales, por el Oeste con Don Francisco Rodríguez y por el Sud con Don Braulio y Don Isaac Morales, inventariándose al mismo tiempo los establecimientos ubicados en dichos terrenos, y á semejante solicitud proyeyó de conformidad el referido Juzgado, habiendo sido requerido Don Macario Rivera en los términos pretendidos y verifcádose el inventario aludido, que comprendió una casa habitación de maderas del país techada de tejamaní, con un colgadizo cubierto de zinc y cocina, un almacén también de maderas del país y techada de zinc, una casa de máquina techada de paja, un ranchón para pesebre también cubierto de paja, seis wagones y tres correderas, todo en buen estado, contra cuyo inventario protestó Rivera alegando que lo inventariado no correspondía á la finca rústica de que se trata, pues los edificios no estaban enclavados en la misma, según justificaría en su día ante Tribunal competente.

*Resultando:* que Don Rafael Cobián en veinte y seis de Diciembre siguiente presentó demanda ante el Tribunal de Distrito de San Juan contra Don Macario Rivera Morales en juicio de desahucio para que desalojara la finca ó estancia ya descrita y á esa demanda sé opuso Rivera alegando entre otros hechos que la finca tenía colindancias distintas de las que marcaba y le atribuía el demandante, pues lindaba por el Norte con Doña Josefa Morales, lo cual era muy importante, pues Cobián pretendía que la propiedad de dicha señora compuesta de ochenta y seis cuerdas con casa y establecimientos entrara á formar parte de la finca objeto del pleito.

*Resultando:* que el Tribunal de Distrito de San Juan por sentencia de 28 de Noviembre de mil novecientos dos declaró con lugar la demanda de desahucio, condenando á Don Macario Rivera y Morales á que en el término de veinte dias desa-

lojara la finca de que se trata bajo las colindancias expresadas por Cobián, sentencia que confirmó esta Corte Suprema, en grado de apelación, por la suya de veinte y siete de Junio del año próximo pasado.

*Resultando:* que después de requerido Don Macario Rivera para el desalojo de la finca y de practicarse otras diligencias para el cumplimiento de la sentencia, dispuso el Tribunal de Distrito de San Juan por providencia de diez y nueve de Octubre del año último que para llevar á cabo el lanzamiento de Don Macario Rivera se constituyera el Marshal de dicha Corte en la finca que lo motivaba, designando para la identificación de la misma al perito agrimensor Rubio Arana, lo que se haría saber á ambas partes para que en el término de segundo día manifestáran lo que á su derecho conviniera, con prevención de que de no hacerlo así se llevaría á cabo la diligencia de identificación solamente por el mencionado perito: y como éste se encontrara enfermo, se acordó en veinte y tres del propio Octubre que le sustituyera el también perito agrimensor Don José Maria Ricarte, cuyo nombramiento se notificaría á las partes con la prevención ya ordenada en providencia del dia 19.

*Resultando:* que la representación de Don Macario Rivera presentó escrito con fecha veinte y ocho del propio Octubre suplicando: 1º. que se aceptara el nombramiento de Don Bartolomé Llovet como perito de Don Macario Rivera para que junto con el otro perito ya designado procedieran ambos á identificar y medir la finca de ciento veinte y nueve cuerdas y media reclamada por Cobián; 2º. que se señalara un termino á dichos peritos para que practicaran tales operaciones y presentaran su informe al Tribunal; 3º. que en el caso de discordia se designara un tercer perito para dirimirla; y 4º. que después de haberse identificado y medido la finca, se diera posesión de ella por el Marshal á Cobián; y á ese escrito recayó auto en treinta de Octubre citado declarando no haber lugar á lo solicitado por Don Macario Rivera,

y ordenando se llevara á cabo desde luego lo mandado en providencia del día veinte y tres, á cuyo fin sería notificado de su nombramiento el perito Don José Ma. Ricarte para su aceptación y juramento, después de lo cuál procedería el Marshal con sus asistencia á efectuar el lanzamiento de Don Macario de las ciento veinte y nueve y media cuerdas de Don Rafael Cobián, previamente deslindadas por el expresado perito.

*Resultando:* que Don Macario Rivera pidió se enmendara la providencia de treinta de Octubre en el sentido de que su perito practicara junto con el de Cobián la identificación y mensura de las ciento veinte y nueve y media cuerdas de terreno, y el Tribunal declaró por auto del día tres de Noviembre no haber lugar á reformar la providencia indicada, pudiendo sin embargo Rivera concurrir al acto de la identificación de la finca y designar por su cuenta un perito que interviniera en dicha operación, sin que la ausencia del mismo ó su opinión, que en caso de discordia se extendería en acta, pudieran entorpecer la diligencia de identificación y lanzamiento.

*Resultando:* que al practicarse la identificación de los terrenos por el perito Don José Ma. Ricarte asistiendo también al acto Don Bartolomé Llovet como perito de Don Macario Rivera, Don Medardo Rivera, en representación de su madre Doña Josefa Morales, presentó un expediente posesorio instruido en el mes de Agosto de mil novecientos tres é inscrito en el Registro de la Propiedad para justificar que eran suyos parte de los terrenos reclamados por Don Rafael Cobían, y terminadas las operaciones necesarias opinó el perito Ricarte que las colindancias actuales de la finca eran al Norte Don Raimundo, Don José Engracia y Don Isaac Morales, al Sud Don Braslio Morales antes y hoy Cobián y Compañia, Don Cayetano Seramis y Don Isaac Morales; al Este Don Isaac Morales y Doña Angela Matos antes, y hoy Don Pablo Santiago, y al Oeste Don Francisco Rodriguez antes y hoy Doña

Josefa Morales, Don Domingo Rodriguez y Don Macario Rivera, encontrándose dentro del perímetro de terreno determinado por dichas colindancias la finca á que se refiere la orden de lazamiento y los terrenos comprendidos en el expediente posesorio de Doña Josefa Morales, cuyos terrenos y la finca mandada identificar aparecen por el Norte con la misma colindancia, habiendo manifestado el perito Llovet ser imposible la identificación de la finca reclamada por Cobián pues sus linderos no podían determinarse con exactitud y el perímetro de terreno aludido tenía que medir más de las 129 cuerdas á que se refería la orden de desahucio.

*Resultando:* que el perito Ricarte presentó su informe al Tribunal en unión de un croquis de la finca con las colindancias que resultan de la investigación practicada y que son las mismas que anteriormente expresó, dividiendo por medio de una linea roja los terrenos á que se refiere el expediente posesorio de Doña Josefa Morales, comprendidos dentro de aquellas colindancias, como también los edificios de la finca.

*Resultando:* que como el lanzamiento de Don Macario Rivera no se llevara á efecto por el Marshal, interesó Don Rafael Cobián que se practicara esa diligencia poniéndolo en posesión de la finca deslindada por el perito Ricarte, y el Tribunal por providencia de treinta de Noviembre del año próximo pasado declaró no haber lugar á esa pretensión y ordenó que dicho perito procediera á determinar sobre el terreno el perímetro señalado en el croquis acompañado, debiendo medir entre las colindancias Oeste, Sud y Este las ciento veinte y nueve cuerdas y media que compenen la finca objeto del juicio y fijando la colindancia Norte en la situación que corresponda, después de lo cual procedería el Marshal á desalojar de la finca deslindada por el perito á Don Macario Rivera ó á cualquiera otro que la poseyera á nombre de éste.

*Resultando:* que de esa providencia pidió reposición Don Rafael Cobian y tramitado el recurso con impugnación de la parte contraria, el Tribunal de San Juan por auto de veinte y

nueve de Diciembre siguiente declaró no haber lugar á la reposición solicitada.

*Resultando:* que contra dicho auto de veinte y nueve de Diciembre interpuso Don Rafael Cobián recurso de apelación que le fué admitido, y elevados los autos á esta Corte Suprema prévia citación y emplazamiento de las partes, después de haber evacuado éstas el trámite de instrucción, se señaló día para la vista, la que tuvo lugar con asistencia del Letrado de la parte recurrida.

Abogado del apelante: *Sr. Cobian.*

Abogado del apelado: *Sr. Rossy (Manuel F.).*

EL JUEZ ASOCIADO SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando:* que la demanda de desahucio interpuesta por Don Rafael Cobian contra Don Macario Rivera y declarada con lugar por sentencia ejecutoria se refería á una estancia radicada en el barrio de "Cedro-abajo" del término municipal de Naranjito, compuesta de 129 y media cuerdas de terreno y lindante al Este con D. Isaac Morales, al Norte con D. Bernabé Berrios y D. Raymundo Morales, al Oeste con D. Francisco Rodriguez y al Sud con D. Braulio y Don Isaac Morales y por tanto el lanzamiento ordenado para cumplir dicha sentencia debe comprender el perímetro de terreno encerrado dentro de las colindancias expresadas.

*Considerando:* que según el dictamen emitido por el perito Don José Ma. Ricarte, las colindancias actuales de la finca de que se trata son las que aparecen en su informe y en el croquis presentado al Tribunal de San Juan, sin que respecto de las colindancias Oeste, Sud y Este abriguen la menor duda dicho Tribunal y las mismas partes del juicio, quedando limitada la contienda á la colindancia Norte, la que no puede ser otra que la marcada por el perito Ricarte, pues Doña Josefa Morales no aparece en el juicio como colindante por la parte Norte, y aunque así lo alegó Don Macario Rivera al contestar la demanda, expresando que Cobián pretendia que la propie-

dad de la Morales, compuesta de ochenta y seis cuerdas con casa y establecimientos, entrara á formar parte de la finca objeto del pleito, tal alegación fué desestimada por el hecho de haber sido declarada con lugar la demanda de desahucio bajo las propias colindancias en ella consignadas.

*Considerando:* que en el juicio no se ha tratado del número preciso de cuerdas de terreno que pueda haber bajo las colindancias de la finca objeto del desahucio, ni tampoco procede esclarecer y definir ese particular en las diligencias de cumplimiento de la sentencia, por ser materia extraña á las mismas y propia de otra clase de juicio.

*Considerando:* que si Doña Josefa Morales, que no ha sido parte en el juicio, se cree con derecho á una porción de los terrenos á que se contrae el desahucio, puede solicitar ante quien corresponda el amparo de ese derecho en la via y forma procedentes.

*Considerando* en mérito de lo expuesto que el Tribunal de Distrito de San Juan al dictar las resoluciones recurridas proveyó en contradicción con lo ejecutoriado ó sea con la sentencia que dictó ese mismo Tribunal en 28 de Noviembre de 1902 y fué confirmada por esta Corte Suprema en 27 de Junio del año siguiente, siendo por tanto procedente el recurso interpuesto.

*Fallamos:* que revocando como revocamos el auto apelado de veinte y nueve de Diciembre del año próximo pasado y su concordante de treinta de Noviembre anterior, debemos ordenar y ordenamos se verifique el lanzamiento de Don Macario Rivera de los terrenos á que se refiere la demanda bajo las colindancias que el perito Don José Ma. Ricarte expresa en su informe y croquis, reservando al mismo Don Macario y Doña Josefa Morales los derechos de que se crean asistidos y que podrán ejercitar en el modo y forma correspondientes, si así vieren convenirles, con las costas á cargo de Don Macario Rivera; y devuélvanse los autos al Tribunal de Distrito de San Juan, con la certificación correspondiente.

Jueces concurrentes: Sres. Presidente Quiñones y Asociados Figueras, MacLeary y Wolf.